Form 3A
(10/05)

# United States Bankruptcy Court

District Of \_\_\_\_Illinois\_\_\_\_

In re ANTHONY JONES
      CAMILLE JONES,
              Debtor

Case No. 07-22134

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 275.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ 68.50   Check one  ☐ With the filing of the petition, or
                         ☐ On or before _____

    $ 68.50 on or before 12/27/07

    $ 69.50 on or before 1/25/08

    $ 68.50 on or before 2/27/08

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 27 2007

KENNETH S. GARDNER, CLERK
PS REP. - SW

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____
Signature of Attorney                 Date

Signature of Debtor   11-27-2007
(In a joint case, both spouses must sign.)

_____
Name of Attorney

Signature of Joint Debtor (if any)   11/27/2007

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of _____ Illinois _____

In re _Anthony & Camille Jones_
           Debtor

Case No. 07-22134

Chapter 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one ☐   With the filing of the petition, or
                        ☐   On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: NOV 27 2007

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

_United States Bankruptcy Judge_