```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22134
    ANTHONY B JONES
    CAMILLE JONES                               CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-0112    SSN XXX-XX-8686

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/27/2007 and was not confirmed.

     The case was dismissed without confirmation 01/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP   CURRENT MORTG            .00           .00            .00
FREMONT INVESTMENT & LOA CURRENT MORTG            .00           .00            .00
CREDIT ACCEPTANCE CORP   MORTGAGE ARRE         802.74           .00            .00
FREMONT INVESTMENT & LOA MORTGAGE ARRE       15000.00           .00            .00
TAYLOR BEAN & WHITAKE    CURRENT MORTG            .00           .00            .00
TAYLOR BEAN & WHITAKE    MORTGAGE ARRE        5100.00           .00            .00
WELLS FARGO              CURRENT MORTG            .00           .00            .00
WELLS FARGO              MORTGAGE ARRE         933.00           .00            .00
CAPITAL ONE              UNSECURED           10618.27           .00            .00
BENEFICIAL               UNSECURED          NOT FILED           .00            .00
ORCHARD BANK             UNSECURED          NOT FILED           .00            .00
JC PENNY                 UNSECURED          NOT FILED           .00            .00
SAMS CLUB CREDIT CARD    UNSECURED          NOT FILED           .00            .00
CONTOUR MORTGAGE GROUP   NOTICE ONLY        NOT FILED           .00            .00
PRO SE DEBTOR            DEBTOR ATTY             .00                           .00
TOM VAUGHN               TRUSTEE                                               .00
DEBTOR REFUND            REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          --------------    --------------
TOTALS                           .00                  .00


            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 22134 ANTHONY B JONES & CAMILLE JONES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE